Certificate Number: 01267-CAC-CC-028892197



01267-CAC-CC-028892197

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 09, 2017</u>, at <u>03:12</u> o'clock <u>PM EST</u>, <u>Christina Chun</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C . §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>March 09, 2017</u>    By:   <u>/s/Bethany Condoll</u>

                          Name:  Bethany Condoll

                          Title:  Area Manager

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).